| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP | KELLER BENVENUTTI KIM LLP |
| Theodore E. Tsekerides (*pro hac vice*) | Tobias S. Keller (#151445) |
| (theodore.tsekerides@weil.com) | (tkeller@kbkllp.com) |
| Richard W. Slack (*pro hac vice*) | Peter J. Benvenutti (#60566) |
| (richard.slack@weil.com) | (pbenvenutti@kbkllp.com) |
| Jessica Liou (*pro hac vice*) | Jane Kim (#298192) |
| (jessica.liou@weil.com) | (jkim@kbkllp.com) |
| Matthew Goren (*pro hac vice*) | 650 California Street, Suite 1900 |
| (matthew.goren@weil.com) | San Francisco, CA 94108 |
| 767 Fifth Avenue | Tel:   (415) 496-6723 |
| New York, NY 10153-0119 | Fax:  (415) 636-9251 |
| Tel: 212 310 8000 | |
| Fax: 212 310 8007 | |

*Attorneys for Debtors and Reorganized Debtors*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CANYON CAPITAL ADVISORS LLC, | Case No. 20-cv-04949-HSG |
| Appellant, | Bankruptcy Case No 19-30088 (DM) |
| v. | **ORDER RESCHEDULING HEARING ON REORGANIZED DEBTORS' MOTION TO DISMISS** |
| PG&E CORPORATION, et al., | |
| Appellees. | |

WHEREAS, PG&E Corporation and Pacific Gas and Electric Company, as debtors (collectively, the "**Debtors**," and as reorganized pursuant to the Plan[1], the "**Reorganized Debtors**") filed the *Reorganized Debtors' Motion to Dismiss Appeal By Canyon Capital Advisors LLC* (the "**Motion to Dismiss**") [Dkt. No. 6], on September 11, 2020;

WHEREAS, the Motion to Dismiss is currently set to be heard on December 3, 2020 [Dkt. No. 6], and Canyon Capital Advisors LLC ("**Appellant**") must file any response to the Motion to Dismiss by September 25, 2020, and the Reorganized Debtors must file any reply to Appellant's response by October 2, 2020 [Dkt. No. 6];

WHEREAS, on September 16, 2020, the Reorganized Debtors filed the *Administrative Motion of Reorganized Debtors to Reschedule Hearing on Motion to Dismiss* (the "**Motion**") requesting that the hearing on the Motion to Dismiss be set for October 29, 2020;

For the reasons set out above and in the Motion, and good cause appearing therefor,

IT IS ORDERED:

1. The Motion to Dismiss will be heard on October 29, 2020 at 2:00 p.m. (Pacific Time).

2. The times for Appellant to file a response and for the Reorganized Debtors to file a reply remain unchanged.

Dated: September 21, 2020

*Haywood S. Gilliam, Jr.*
The Honorable Haywood S. Gilliam, Jr.
United States District Judge

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion

ORDER RESCHEDULING
HEARING ON MOTION TO DISMISS

Case No. 20-cv-04949-HSG

1